**Form odc13grL**

# United States Bankruptcy Court
Eastern District of Louisiana

IN THE MATTER OF                                         CASE NUMBER

Carolyn Bates                                                     14–12754

                                                                           SECTION A

DEBTOR(S)                                                    CHAPTER 13

## ORDER

Hearing on the Chapter 13 Trustee's Motion to Dismiss Case *Plan is Unfeasible Failure to Make a Payment within 30 days* was held on 6th day of October, 2015 .

Present at the hearing:

Leo D. Congeni, Counsel for Debtor(s); and
Andrew Wiebelt, II, Counsel for Chapter 13 Trusteee
S. J. Beaulieu, Jr., Chapter 13 Trustee

The Court having considered the merits of the Motion, the record herein, the argument of counsel, as well as the evidence, stipulations, and representations made; and,

For the reasons orally stated,

**IT IS ORDERED** that the Chapter 13 Trustee's Motion to Dismiss Case *Plan is Unfeasible Failure to Make a Payment within 30 days* is **Granted** and the bankruptcy case for the above captioned debtor(s) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the stay resulting from the filing of this case is **SET ASIDE AND VACATED**.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 8, 2015,

Hon. Elizabeth W. Magner
United States Bankruptcy Judge